# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO BELTRAN, | Case No. LACV 13-1624-JLS (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Secretary Ca Dept. of Corrections and Rehabilitation, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 6, 2018

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE